### 15423.　ROUNSAVILLE *v.* LAMB.

BLOODWORTH, J.　1.　When the excerpts from the charge of which complaint is made in the motion for a new trial are considered in connection with the remainder of the charge, there is no error in any of them that requires the grant of a new trial.

2. There is some evidence to support the finding of the jury; no error of law appears to have been committed upon the trial of the case; and the verdict having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 10, 1924.

Action for damages; from Floyd superior court—Judge Wright. February 4, 1924.

*Maddox, Matthews & Owens,* for plaintiff in error.

*Porter & Mebane,* contra.